In the Matter of the Claim of GEORGE YEANNELIS, Respondent, against MICHAEL MENIDES, Doing Business under the Name of EXCELLENT PAINTING AND DECORATING COMPANY, Respondent, and SAMUEL DIAMOND et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 15, 1932; decided March 29, 1932.)

*T. Carlyle Jones* and *Bernard J. Vincent* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin, Roy Wiedersum* and *John R. O'Hanlon* of counsel), for respondents.

Appeal dismissed, with costs, the record not indicating that any constitutional question was raised below (*Purdy* v. *Erie R. R. Co.,* 162 N. Y. 42, 50; *Nod-Away Co.* v. *Carroll,* 240 N. Y. 252); no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.